UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-3217-MWF(JEMx)**                                      Dated: **July 12, 2017**

Title:    NS Int'l Textiles -v- Charming Style, Inc., et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on July 11, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **August 14, 2017 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged*, and no appearance will be necessary.

IT IS SO ORDERED.