UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-3217-MWF(JEMx)**                          Dated: **July 12, 2017**

Title:      NS Int'l Textiles -*v*- Charming Style, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed July 10, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal (as to the "Settling Defendants") for **August 14, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**