JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>VANILLA MONKEY LTD., a California Corporation; GERMAN KANG, an individual; SANG JIN PARK, an individual; and PGD TEXTILE, INC., a California Corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-03217-MWF-JEM<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Michael W. Fitzgerald |

AND RELATED CROSS-CLAIM

_____

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); and

2. The parties will each bear its respective costs and attorneys' fees as incurred against each another in connection with this action.

IT IS SO ORDERED.

Dated: June 11, 2018

_____
The Honorable Michael W. Fitzgerald
United Stated District Court Judge